IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01269-JLK-AP

WILDEARTH GUARDIANS,

    Petitioner,

v.

S.M.R. JEWELL, in her official capacity as
Secretary of the United States Department of the Interior,

    Respondent.

## ORDER FOR AMENDED JOINT CASE MANAGEMENT PLAN AND STRIKING DOC. 26

Kane, J.

    Respondent's self-titled "Brief in Support of Her Motion for Summary Judgment," Doc. 26, confuses the terminology and procedures operative in the instant lawsuit and impermissibly moves for a dispositive motion. Respondent states that she "moves for summary judgment and opposes Plaintiff's motion for summary judgment." Doc. 26 at p.1. As this action is brought under the Administrative Procedures Act, ("APA"), 5 U.S.C. §§ 701-706, however, the AP Rules for the District of Colorado apply. D.C.COLO.L.CivR 1.1(C). Per the applicable AP rules, motions for summary judgment are prohibited. D.C.COLO.LAPR 16.1(B). Accordingly, Respondent's Brief, Doc. 26, is STRICKEN.

    The Court notes that Respondent's inappropriately captioned filing also moves to dismiss for lack of standing and that Petitioner did not file its Opening Brief with attached declarations supporting its assertion of standing, which evidentiary support Petitioner indicated it would provide in the parties' Joint Case Management Plan. Compound motions arguing both jurisdictional issues and the merits are cumbersome. The parties are ORDERED to confer

toward the end of developing and filing by September 19, 2013 an Amended Joint Case Management Plan that clearly sets forth a framework for resolving the jurisdictional issues, with the merits briefing being tolled as needed.

DATED:       September 5, 2013                    BY THE COURT:

*s/John L. Kane*
John L. Kane, U.S. Senior District Judge