**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01269-AP

WILDEARTH GUARDIANS,

    Petitioner,

v.

S.M.R. JEWELL, in her official capacity as
Secretary of the United States Department of the Interior,

    Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Corrected Order Granting Motion to Dismiss, Doc. 35, of Judge John L. Kane entered on December 11, 2013, it is

ORDERED that final judgment is entered in favor of Respondent S.M.R. JEWELL, in her official capacity as Secretary of the United States Department of the Interior, and against Petitioner WILDEARTH GUARDIANS, and the Complaint for Review of Agency Action is dismissed for lack of standing.  It is further

ORDERED that Respondent Secretary shall have her costs by the filing of a Bill of Costs with the Clerk of the Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 16th day of December, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk